UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS HUMBERTO LEAL,

              Plaintiff,

              -against-

LA PATRONA ROUTE 22 INC., et al.,

              Defendants.

**ORDER**

25-CV-05967 (PMH)

PHILIP M. HALPERN, United States District Judge:

The docket indicates that mediation was held and agreement was reached on all issues. (Doc. 8). Accordingly, it is hereby **ORDERED** that the parties shall file, by **January 26, 2026**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

**SO ORDERED.**

Dated: White Plains, New York
      December 22, 2025

_____
PHILIP M. HALPERN
United States District Judge

1