UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

CARLOS HUMBERTO LEAL,                                   25-cv-05967 (PMH)

                        Plaintiff,

        -against-                                       [PROPOSED]
                                                        JUDGMENT          PMH
                                                        PURSUANT TO
LA PATRONA ROUTE 22 INC., GEOVANI MARTINEZ,             FRCP RULE 68
and ANGELICA MARTINEZ,

                        Defendants.
-----------------------------------------------------------------------X

        WHEREAS on or about January 12, 2026, Defendants, La Patrona Route 22 Inc., Geovani

Martinez and Angelica Martinez ("Defendants") extended to Plaintiff Carlos Humberto Leal

("Plaintiff"), an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the

amount of Eighty Thousand Dollars and No Cents ($80,000.00), to allow entry of judgment to be

taken against them pursuant to Fed. R. Civ. P. 68 in the amount of Eighty Thousand Dollars and Zero

Cents ($80,000.00) in complete satisfaction and release of all federal and state law claims or rights

that Plaintiff may have to damages, inclusive of costs and reasonable attorneys' fees incurred, or any

other form of relief, arising out of the alleged acts or omissions of Defendants, including the claims

asserted in this action in complete satisfaction of Plaintiff's claims, and whereas said Plaintiff

accepted said offer on or about January 16, 2026,

        JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount   PMH

of Eighty Thousand Dollars and No Cents ($80,000.00). Accordingly, the Clerk of Court is respectfully
                                directed to close the case.

        SO ORDERED:

Dated: January 22, 2026
       White Plains, New York

                                        _____
                                        Hon. Philip M. Halpern, U.S.D.J.
                                        United States District Judge